KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
JENNIFER D. ARKOWITZ (State Bar No. 236598)
jarkowitz@kilpatricktownsend.com
RYAN BRICKER (State Bar No. 269100)
rbricker@kilpatricktownsend.com
Eighth Floor, Two Embarcadero Center
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:    415 576 0300

Attorneys for Plaintiff
ALIPHCOM, a California corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIPHCOM, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BEIJING DUNHUANG HEGUANG INFORMATION TECHNOLOGY CO. LTD.; and DOES 2 through 58,<br><br>    Defendants. | Civil Action No. 13-cv-5916 KAW<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br><br>Mag. Judge:  Hon. Kandis A. Westmore |

Plaintiff AliphCom ("Jawbone" or "Plaintiff") submits this request to continue the Case Management Conference.  Jawbone filed its Complaint on December 20, 2013, and filed its First Amended Complaint on April 14, 2014.  Despite its efforts to do so, Jawbone has not yet been able to serve Defendant Beijing Dunhuang Heguang Information Technology Co. Ltd. ("DHGate"), a foreign company located in China.  Jawbone is currently attempting to serve DHGate with the Complaint, First Amended Complaint, and related filings and papers, pursuant to Federal Rules of Civil Procedure ("FRCP") 4(h)(2) and 4(d).  Copies of the documents that Jawbone has sent to DHGate by first-class mail – as well as waybills verifying Jawbone's submission of such documents – are attached hereto as Exhibit A.

A Case Management Conference is scheduled before the Court on July 8, 2014.  In light of

1  Jawbone's ongoing efforts to serve DHGate, a foreign company located in China, Jawbone

2  respectfully requests that the Court continue the Case Management Conference for eight (8) weeks,

3  or until September 2, 2014, at 1:30 p.m., to allow Jawbone to complete service on DHGate. ~~The~~

4  ~~requested extension will not affect the Court's case management schedule.~~

5                                                  Respectfully submitted,

6                                                  KILPATRICK TOWNSEND & STOCKTON LLP

8  DATED: July 1, 2014        By:    */s/ Ryan Bricker*
                                                  Gregory S. Gilchrist
9                                                   Jennifer D. Arkowitz
                                                  Ryan Bricker

11                                                  Attorneys for Plaintiff
                                                 ALIPHCOM

13  IT IS SO ORDERED.

14  DATED:  July 7, 2014                               KANDIS A. WESTMORE
15                                                    United States Magistrate Judge