KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
JENNIFER D. ARKOWITZ (State Bar No. 236598)
jarkowitz@kilpatricktownsend.com
RYAN BRICKER (State Bar No. 269100)
rbricker@kilpatricktownsend.com
Eighth Floor, Two Embarcadero Center
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:    415 576 0300

Attorneys for Plaintiff
ALIPHCOM, a California corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIPHCOM, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEIJING DUNHUANG HEGUANG INFORMATION TECHNOLOGY CO. LTD.; and DOES 2 through 58,<br><br>Defendants. | Civil Action No. 13-cv-5916 KAW<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Mag. Judge:  Hon. Kandis A. Westmore |

Plaintiff AliphCom ("Jawbone" or "Plaintiff") submits this request to continue the Case Management Conference.  Jawbone filed its Complaint on December 20, 2013, and filed its First Amended Complaint on April 14, 2014.  Through its attempts to serve Defendant Beijing Dunhuang Heguang Information Technology Co. Ltd. ("DHGate") with the Complaint, First Amended Complaint, and related filings and papers, pursuant to Federal Rules of Civil Procedure ("FRCP") 4(h)(2) and 4(d), Jawbone has made contact with DHGate's U.S. counsel, and is currently discussing the pending case, service options, and potential resolution with DHGate's counsel.  Despite its efforts to do so, however, Jawbone has not yet been able to serve DHGate.

A Case Management Conference is scheduled before the Court on September 2, 2014.  In light of Jawbone's ongoing efforts to serve DHGate, a foreign company located in China, Jawbone

1 | respectfully requests that the Court continue the Case Management Conference for eight (8) weeks,

2 | or until October 28, 2014, at 1:30 p.m., to allow Jawbone to complete service on DHGate.

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

DATED: August 19, 2014     By:     */s/ Ryan Bricker*
                                    Gregory S. Gilchrist
                                    Jennifer D. Arkowitz
                                    Ryan Bricker

                                    Attorneys for Plaintiff
                                    ALIPHCOM

IT IS SO ORDERED.

Dated: August 21, 2014     _____
                           Hon. Kandis A. Westmore
                           United States Magistrate Judge

REQUEST TO CONTINUE CMC                                                           - 2 -
CASE NO. 13-CV-5916 KAW