KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
JENNIFER D. ARKOWITZ (State Bar No. 236598)
jarkowitz@kilpatricktownsend.com
RYAN BRICKER (State Bar No. 269100)
rbricker@kilpatricktownsend.com
Eighth Floor, Two Embarcadero Center
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:    415 576 0300

Attorneys for Plaintiff
ALIPHCOM, a California corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIPHCOM, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEIJING DUNHUANG HEGUANG INFORMATION TECHNOLOGY CO. LTD.; and DOES 2 through 58,<br><br>Defendants. | Civil Action No. 13-cv-5916 KAW<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Mag. Judge:  Hon. Kandis A. Westmore |

Plaintiff AliphCom ("Jawbone" or "Plaintiff") submits this request to continue the Case Management Conference.  Jawbone filed its Complaint on December 20, 2013, and filed its First Amended Complaint on April 14, 2014.  Despite its efforts to do so, Jawbone has not yet been able to serve Defendant Beijing Dunhuang Heguang Information Technology Co. Ltd. ("DHGate"), a foreign company located in China.  Jawbone has proposed alternative service arrangements, including a waiver of service, to counsel in the U.S. who contacted Jawbone on DHGate's behalf, but Jawbone has not received a substantive reply.  Absent a response to those proposals, Jawbone intends to resume its efforts to serve DHGate with the Complaint, First Amended Complaint, and related filings and papers, pursuant to Federal Rules of Civil Procedure ("FRCP") 4(h)(2) and 4(d).

A Case Management Conference is scheduled before the Court on October 28, 2014.  In

light of Jawbone's ongoing efforts to serve DHGate, a foreign company located in China, Jawbone respectfully requests that the Court continue the Case Management Conference for ten (10) weeks, or until January 20, 2015, at 1:30 p.m., to allow Jawbone to complete service on DHGate.

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

DATED: October 21, 2014   By:   */s/ Ryan Bricker*
Gregory S. Gilchrist
Jennifer D. Arkowitz
Ryan Bricker

Attorneys for Plaintiff
ALIPHCOM

IT IS SO ORDERED.

Dated: October 27, 2014   _____
Hon. Kandis A. Westmore
United States Magistrate Judge