KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
JENNIFER D. ARKOWITZ (State Bar No. 236598)
jarkowitz@kilpatricktownsend.com
RYAN BRICKER (State Bar No. 269100)
rbricker@kilpatricktownsend.com
Eighth Floor, Two Embarcadero Center
San Francisco, California  94111
Telephone:     415 576 0200
Facsimile:     415 576 0300

Attorneys for Plaintiff
ALIPHCOM

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIPHCOM, a California corporation,<br><br>                           Plaintiff,<br><br>             v.<br><br>BEIJING DUNHUANG HEGUANG INFORMATION TECHNOLOGY CO. LTD.; and DOES 2 through 58,<br><br>                           Defendants. | Civil Action No. 4:13-cv-05916-KAW<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Mag. Judge:  Hon. Kandis A. Westmore |

Plaintiff AliphCom ("Jawbone" or "Plaintiff") submits this request to continue the Case Management Conference.  Jawbone filed its Complaint on December 20, 2013, and filed its First Amended Complaint on April 14, 2014.  After receiving no substantive reply to Jawbone's proposed alternative service arrangements from counsel in the U.S. who contacted Jawbone on Defendant Beijing Dunhuang Heguang Information Technology Co. Ltd.'s ("DHGate") behalf, Jawbone resumed its efforts to formally serve DHGate under the process outlined in the Hague Convention.  That process is underway.

A Case Management Conference is scheduled before the Court on May 12, 2015.  Jawbone has been advised by the agent handling service of DHGate that the process may not be completed for several months.  In light of Jawbone's pending service of DHGate, a foreign company located

in China, Jawbone respectfully requests that the Court continue the Case Management Conference for sixteen (16) weeks, or until September 1, 2015, at 1:30 p.m., to allow Jawbone to complete service under the Hague Convention. The requested extension will not affect the Court's case management schedule.

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

DATED: April 30, 2015

By: /s/ *Ryan Bricker*
    Gregory S. Gilchrist
    Jennifer D. Arkowitz
    Ryan Bricker

Attorneys for Plaintiff
ALIPHCOM

**ORDER**

IT IS SO ORDERED.

Dated: 05/08/15

_____
Kandis A. Westmore
United States Magistrate Judge